People v Parker (2024 NY Slip Op 02022)

People v Parker

2024 NY Slip Op 02022

Decided on April 16, 2024

Appellate Division, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered: April 16, 2024

Before: Kern, J.P., Singh, Scarpulla, Mendez, Higgitt, JJ. 

Ind. No. 889/16 Appeal No. 2073 Case No. 2018-4464 

[*1]The People of the State of New York, Respondent,
v
Joseph Parker, Defendant-Appellant.

Twyla Carter, The Legal Aid Society, New York (Harold V. Ferguson, Jr. of counsel), for appellant.
Darcel D. Clark, District Attorney, Bronx (Reva Grace Phillips of counsel), for respondent.

Judgment, Supreme Court, Bronx County (Jeanette Rodriguez-Morick., J., at suppression hearing; Armando Montano, J., at plea and sentencing), rendered March 12, 2018, convicting defendant of attempted criminal possession of a weapon in the second degree, and sentencing him to a term of two years, unanimously affirmed.
Defendant made a valid waiver of his right to appeal (see generally People v. Thomas, 34 NY3d 545 [2019], cert denied 589 US &mdash, 140 S Ct 2634 [2020]). The court's oral colloquy, combined with the written waiver that defendant signed in court after consulting with counsel, satisfied the requirements of a valid waiver. Any suggestion by the court that the waiver constituted an absolute bar to the taking of a direct appeal was cured by the detailed written waiver, which clarified that appellate review remained available for certain issues (see People v Ramos, 7 NY3d 737, 738 [2006]; People v Walker, 206 AD3d 541 [1st Dept 2022], lv denied 38 NY3d 1191 [2022]). The waiver forecloses review of defendant's suppression claim.
THIS CONSTITUTES THE DECISION AND ORDER OF THE SUPREME COURT, APPELLATE DIVISION, FIRST DEPARTMENT.
ENTERED: April 16, 2024